# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN RUSSELL, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 17-0565 |
| | : | |
| SUPERINTENDENT KAUFFMAN, et al., | : | |
| Respondents. | : | |

FILED
JAN 18 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 18th day of January, 2019, upon independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Response to the Petition (Docket No. 16), and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated May 2, 2018, **IT IS HEREBY ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. the Petition for Writ of Habeas Corpus is **DENIED** without prejudice and **DISMISSED** without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES, II, J.